```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   KENDRA G. BERTSCHY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  DONALD JAMES, SR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-MJ-00295-KJN |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER FOR |
| v. | ) EXTENSION OF TIME TO SELF SURRENDER |
| | ) |
| DONALD JAMES, SR., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Defendant, DONALD JAMES SR., through counsel, hereby requests a one-week extension of his self-surrender date from May 4, 2012, to May 11, 2012 at 4:00 p.m.

On May 2, 2012 Mr. James was designated by the Federal Bureau of Prisons to the Yuba County Jail, located at 215 Fifth Street, Marysville, California 95901. Mr. James lives in Hayward, California, which is 132 miles from the Yuba County Jail. Mr. James received notice of his designation when he came home at 9:00 p.m. yesterday, May 3, 2012. Mr. James requests a one week extension to self-surrender in order to allow him reasonable time to arrange transportation from Hayward to Marysville.

Accordingly, the parties jointly request that this Court vacate the self-surrender date of May 4,

2012, and enter an Order extending the self-surrender date one week to May 11, 2012.

Dated: May 4, 2012                              Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender


                                                /s/ Linda C. Harter
                                                LINDA C. HARTER
                                                Chief Assistant Federal Defender
                                                Attorney for Defendant
                                                DONALD JAMES, SR.

                                                /s/ Kendra G. Bertschy
                                                KENDRA G. BERTSCHY
                                                Certified Student Attorney


Dated: May 4, 2012                              BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ David Petersen
                                                DAVID PETERSEN
                                                Special Assistant U.S. Attorney

# **O R D E R**

The self-surrender date of May 4, 2012 is vacated. Defendant, DONALD JAMES, SR., shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Service by May 11, 2012 by 4:00 p.m.

DATED: May 4, 2012




_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE